IN THE UNITED STATES DISTRICT COURT
FOR DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. 07-cv-02247-JLK

RE/MAX International, Inc., a Colorado corporation,

    Plaintiff,

v.

CHRISTOPH DIETZ, an individual and citizen of Germany,

and

INTERNATIONAL ASSIGNMENT SERVICE GROUP EUROPE,
a German civil law company,

    Defendants.
_____

**ORDER**
_____

Kane, J.

    In its Status Report (Doc. #18), filed July 29, 2008, Plaintiff RE/MAX International requests that default be entered against both Defendants as a result of their failure to respond to the Amended Complaint. Plaintiff has submitted proof that Defendant Christoph Dietz was served individually on February 29, 2008, and that Defendant IASGE was served on June 11, 2008. Neither defendant has filed a response to the Amended Complaint as required by the Federal Rules of Civil Procedure. Accordingly, I ORDER the Clerk to enter default pursuant to Rule 55(a) against both Defendants.

Plaintiff may move for entry of default judgment against Defendants pursuant to Rule 55(b) after the Clerk enters default. While mindful of the difficulties Plaintiff has encountered in serving Defendants, I encourage Plaintiff to take this or other appropriate action to prosecute this case promptly.

IT IS SO ORDERED.

Dated this 30th day of July, 2008.

s/ John L. Kane
John L. Kane, Senior District Judge
United States District Court
